UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO HERNANDEZ CRUZ,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>  Defendants. | Case No. 8:26-cv-00063-SB-MAA<br><br>ORDER DISMISSING PETITION |

The Court previously granted Petitioner's ex parte application for a temporary restraining order (TRO) and ordered the government to provide him with an individualized bond hearing within seven days. Dkt. No. 5. Because the TRO order largely granted the relief sought in the underlying petition for habeas corpus, the Court ordered Petitioner to "file a request for dismissal or show cause why dismissal should not be ordered in light of the relief given" by 10:00 a.m. on January 21, 2026. *Id.* The Court warned Petitioner that "[f]ailure to timely respond will be construed as consent to dismiss the petition and close the case." *Id.* Petitioner did not file a request for dismissal or any other appropriate relief by January 21. The petition is therefore dismissed as moot. The clerk shall close the case.

Date: January 27, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1