UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO HERNANDEZ CRUZ, | Case No. 8:26-cv-00063-SB-MAA |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| KRISTI NOEM et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Juan Pablo Hernandez Cruz's petition for habeas corpus is dismissed as moot.

This is a final judgment.

Date: January 27, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge